# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #
Date Filed:  June 4,  2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                           **SCHEDULING ORDER**

      -against-                                   17 CR 644 - 9 (NSR)

David  Hardy        Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for June 4, 2020 at 12:00 pm  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number,  but will not be permitted to speak during the conference.

Dated:  May 28, 2020
          White Plains, New York

                                          SO ORDERED:

                                          s/ Paul Davison

                                          PAUL E. DAVISON
                                          United States Magistrate Judge