...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

David Hardy

                                     Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

17 Cr 644 (NSR)

Defendant David Hardy hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or X teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X     Bail/Detention Hearing

___   Conference Before a Judicial Officer

__/s/ David Hardy (PED by permission  6/4/20__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__DAVID HARDY__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Louis M. Freeman__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__6/4/20__
Date

__[signature]__
U.S. District Judge/U.S. Magistrate Judge