**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 11, 2020

**BY ECF and Email**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The Government's request for an extension of time until Oct. 14, 2020 to file its opposition is granted without objection. Clerk of the Court requested to terminate the motion (doc. 267).
Dated: Sept. 14, 2020     SO ORDERED.

Nelson S. Román, U.S.D.J.

Re:   *United States* v. *Markel Overton, et al.*, S3 17 Cr. 644 (NSR)

Dear Judge Román:

The Government writes respectfully to request an extension of the date by which its opposition to pre-trial motions must be filed. As the Court is aware, on or about August 30, 2020, the defendant David Hardy filed pre-trial motions.[1] The Government's current deadline for responding to the motions is September 14, 2020. However, discussions regarding a pre-trial disposition between Government and counsel for Hardy have progressed to the point that the parties believe that such disposition is likely, which would moot the pending motions. Accordingly, the Government respectfully requests a one-month extension of the opposition filing deadline—to October 14, 2020—to permit the parties to continue their discussions. Defense counsel has no objection to the request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   _____/s/_____
      Anden Chow
      Sarah Krissoff
      Assistant United States Attorneys
      Tel: (212) 637-2348 / (212) 637-2232

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2020

cc:   All Counsel (by ECF)

---

[1] Defendant Jermaine Hughley also filed pre-trial motions. However, Hughley changed his plea to guilty on September 10, 2020, before U.S. Magistrate Judge Judith C. McCarthy, who recommended that this Court accept the plea of guilty.