USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

DAVID HARDY,

               Defendant.

No. 17-CR-644-9 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Based on a review of the docket, which reveals that the instant criminal action was commenced approximately three years ago, the defendant is charged with a felony, a trial is scheduled for November 2020, and the defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant David Hardy can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant David Hardy be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 273.

Dated:   September 25, 2020
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge