UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

David Hardy

                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**7:17-CR-644 (NSR)**

Defendant David Hardy hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

/s/ David Hardy
Defendant's Signature by permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DAVID HARDY
Print Defendant's Name

_____
Defendant's Counsel's Signature

Louis M. Freeman
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/1/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge