UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                Plaintiff,                    **MEMORANDUM**


                -against-                                      17 Cr. 644 (NSR)


David Hardy


                                Defendant.
------------------------------------------------------------------x

TO:  <u>Nelson S. Román, United States District Judge:</u>

        Please find attached a transcript of the October 1, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: October 27, 2020
        White Plains, New York



                                        Respectfully Submitted,


                                        s/ Paul E. Davison


                                        _____

                                        PAUL E. DAVISON
                                        United States Magistrate Judge