**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

OVERTON, *et. al*, [DAVID HARDY]

               Defendants.
------------------------------------------------------------x

NOTICE OF MOTION
17 Cr. 644 (NSR) -09

> Deft's motion is denied as moot. Deft. entered a guilty plea on Oct. 1, 2020. Clerk of Court requested to terminate the motions (docs. 233 & 235).
>
> Dated: Dec. 10, 2020
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

PLEASE TAKE NOTICE, that upon the annexed declaration of Louis Freeman and memorandum of law and all other proceedings had herein, the defendant, David Hardy will move this Court before the Honorable Nelson S. Roman at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, New York at a date and time to be determined by the Court, for an Order:

1. Suppressing all post-arrest statements made by David Hardy;

2. Production of any and all exculpatory material and evidence favorable to David Hardy pursuant to *Brady v. Maryland*, *Kyles v. Whitley*, *United States v. Giglio* and their progeny;

3. Disclosure of all Rule 404(B) of the Federal Rules of Evidence or "other act" evidence the Government intends to introduce at the trial of this case;

4. Permission in join in motions of co-defendants;

5. Leave to file additional motions and requests; and

6. Such other and further relief this Court deems just and proper.

Dated: New York, NY
       July 30, 2020

                                /s/ Louis Freeman
                                _____
                                Louis Freeman
                                Freeman Nooter & Ginsberg
                                75 Maiden Lane, Suite 503
                                New York, NY 10038



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

                                                212-608-0800

                                                Bobbi C. Sternheim
                                                Alex S. Huot
                                                Law Office of Bobbi C. Sternheim
                                                33 West 19th Street – 4th Floor
                                                New York, NY 10011
                                                212- 243-1100

cc: Clerk Of Court

    AUSA Sarah Krissoff
    AUSA Anden Chow