UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

UNITED STATES OF AMERICA

    -against-

DAVID HARDY,

               Defendant.
----------------------------------------------x

**ORDER**

S7 17 Cr. 644-09 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorneys assigned to this case  Louis Freeman, Bobbi Sternheim & Alex Huot  are hereby
                                                            Attorney's Name

ordered substituted and the representation of the defendant in the above captioned matter is assigned

C.J.A. attorney            Anthony Strazza                    .
                                    Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New YORK
            February 11, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-11-2021