UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

UNITED STATES OF AMERICA

        -against-

DAVID HARDY,

        Defendant.
----------------------------------------------x

**ORDER**

S7 17 Cr. 644-09 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____Anthony Strazza_____ is hereby ordered substituted and
                                                                 Attorney's Name

the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney _____Lorraine Gauli-Rufo_____.
                          Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
            March 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021