**MEMO ENDORSED**



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

April 21, 2021

Hon. Nelson S. Roman, U.S.D.J.
United States District Court, S.D.N.Y
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Deft's request to adjourn the Sentencing from May 13, 2021 until July 27, 2021 at 10:00 am or, alternatively, July 30, 2021 at 11:15 am is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 356).
> Dated:  April 22, 2021
> **SO ORDERED:**
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:  USA v. David Hardy
S7 17 Cr. 644 (NSR) -09

Dear Judge Roman,

    I was appointed to represent Mr. Hardy in the above federal criminal matter.  Your Honor has scheduled sentencing in the above matter for May 13, 2021. After a preliminary review of the file, and speaking with my client and his former attorneys, I anticipate that I will need additional time to complete my review and prepare for sentencing.  I would respectfully request a sentencing date in late July, or any other time that is convenient for the Court.  Anden Chow, AUSA, on behalf of the Government has no objection to this request.

    Respectfully submitted,
    s/
    Lorraine Gauli-Rufo
    Attorney for David Hardy

cc:  All Counsel on Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021