Date: October 6, 2025                                   Case#: S7 17 Cr. 644.04 (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025

1) David Hardy #79846-054              Clerk of the Court
USP Allenwood                          Charles L. Brieant United States Courthouse
P.O. Box 3000                          300 Quarropas Street
White Deer, PA 17887                   White Plains, NY 10601-4150

[ Request For Legal Representation due to Newly Discovered Evidence ]

**MEMO ENDORSED**

I, David Hardy #79846-054 write to the Court today to formally request legal representation due to the facts of newly discovered evidence (Case#: NO 21 Civ. 1877 (NSR)), that pertains directly to my Case (Case#: S7 17 Cr. 644.04 (NSR)). An Officer of the law was indicted upon charges &/or allegations or staff misconduct, falsifying sworn police reports as well as fabricating & falsifying evidence. Also with regard to A Sentencing disparity that I, David Hardy #79846-054 was sentenced under.

Defendant's application requesting new legal counsel is denied without prejudice to renew upon providing the Court with more particularity with respect to what the purported new evidence is. Specifically, who the officer is, the role the officer played in the Defendant's arrest, and how it affects the Defendant's conviction. The Clerk of Court is kindly directed to mail a copy of this endorsement to Defendant at the address on this letter and to show service and to terminate the motion at ECF No. 516

Dated: October 22, 2025
White Plains, New York



United States Penitentiary Allenwood, PA 17887

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the above address.